**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 8 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | TO BE FILED UNDER SEAL |
| v. | NO. 3-18CR-232-K |
| MARIO ALCOCER JR. (1) <br>   A.K.A. "JUNIOR" <br> ROBERT BRAUN (2) <br>   A.K.A. "COWBOY" <br> FLORENTINO CARDOSO (3) <br> VENUSTIANO CARDOSO (4) <br>   A.K.A. "VENUS" <br> JAVIER MERCADO-MEIR (5) <br> FNU LNU (6) A.K.A. "CANAS", <br>   A.K.A. LUIS DEJESUS RODRIGUEZ <br> RICARDO GARCIA-MARTINEZ (7) <br> JOSE ALONSO GARZA (8) <br> SAMUEL GOMEZ (9) <br>   A.K.A. "SANTIAGO" <br> RITO HERNANDEZ-REYES (10) <br> ──────────────── <br> ROMAN MORALES-SANCHEZ (12) <br> SAMUEL LOPEZ MURILLO, (13) <br>   A.K.A. "SAMMY" <br> JORGE LUIS OCHOA (14) <br> ISRAEL RAMOS-SERNA (15) <br> JUAN FRANCISCO RODRIGUEZ (16) <br> DETONTE SPEARMAN (17) <br>   A.K.A. "PAPA" <br> ALDO VILLANEUVA, (18) <br>   A.K.A. "CHIVA" | SEALED |

**SEALED INDICTMENT** *Redacted*

The Grand Jury Charges:

### Count One
Conspiracy to Possess with Intent to Distribute and Distribution
of a Schedule II Controlled Substance
(Violation of 21 U.S.C. § 846)

Indictment – Page 1

Commencing on or about May 2, 2017, the exact date being unknown to the Grand Jury, and continuing through the date of indictment, in the Dallas Division of the Northern District of Texas and elsewhere, **Mario Alcocer Jr., a.k.a. "Junior"; Robert Braun, a.k.a. "Cowboy"; Florentino Cardoso; Venustiano Cardoso, a.k.a. "Venus"; Ricardo Garcia-Martinez; Jose Alonso Garza; Samuel Gomez, a.k.a. "Santiago"; Rito Hernandez-Reyes; ; Javier Mercado-Meir; FNU LNU, a.k.a. "Canas", a.k.a. Luis Dejesus Rodriguez; Roman Morales-Sanchez; Samuel Lopez Murillo, a.k.a. "Sammy"; Jorge Luis Ochoa; Israel Ramos-Serna; Juan Francisco Rodriguez; Detonte Spearman, a.k.a. "Papa"; and, Aldo Villaneuva, a.k.a. "Chiva";** defendants herein, did intentionally and knowingly combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(B).

## Counts Two through Nineteen
## Possession with Intent to Distribute a Controlled Substance
### [Violation of 21 U.S.C. § 841(b)(1)(C)]

On or about the dates listed below, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants listed below, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

| COUNT | DEFENDANT | ON OR ABOUT |
|---|---|---|
| 2 | Mario Alcocer Jr., a.k.a. "Junior" | May 6, 2017 |
| 3 | Robert Braun, a.k.a. "Cowboy" | September 5, 2017 |
| 4 | Venustiano Cardoso, a.k.a. "Venus" | July 5, 2017 |
| 5 | Florentino Cardoso | May 29, 2017 |
| 6 | Ricardo Garcia-Martinez | July 9, 2017 |
| 7 | Jose Alonso Garza | May 4, 2017 |
| 8 | Samuel Gomez, a.k.a. "Santiago" | May 29, 2017 |
| 9 | Rito Hernandez-Reyes | June 29, 2017 |
| 10 | | September 14 - 18, 2017 |
| 11 | Javier Mercado-Meir | September 1, 2017 |
| 12 | Roman Morales-Sanchez | September 2, 2017 |
| 13 | Samuel Lopez Murillo, a.k.a. "Sammy" | May 29, 2017 |
| 14 | Jorge Luis Ochoa | September 5, 2017 |
| 15 | Israel Ramos-Serna | July 2, 2017 |
| 16 | Juan Francisco Rodriguez | November 3, 2017 |
| 17 | FNU LNU, a.k.a. "Canas", a.k.a. "Luis Dejesus Rodriguez" | July 5, 2017 |
| 18 | Detonte Spearman, a.k.a. "Papa" | June 6, 2017 |
| 19 | Aldo Villaneuva, a.k.a." Chiva" | May 6, 2017 |

## Forfeiture Allegation
### [21 U.S.C. § 853(a)]

Upon conviction for the offense alleged in Count One through 19 of this Indictment and pursuant to 21 U.S.C. § 853(a), defendants **Mario Alcocer Jr., a.k.a. "Junior"; Robert Braun, a.k.a. "Cowboy"; Florentino Cardoso; Venustiano Cardoso, a.k.a. "Venus"; Ricardo Garcia-Martinez; Jose Alonso Garza; Samuel Gomez, a.k.a. "Santiago"; Rito Hernandez-Reyes; Javier Mercado-Meir; FNU LNU, a.k.a. "Canas", a.k.a. "Luis Dejesus Rodriguez"; Roman Morales-Sanchez; Samuel Lopez Murillo, a.k.a. "Sammy"; Jorge Luis Ochoa; Israel Ramos-Serna; Juan Francisco Rodriguez; Detonte Spearman, a.k.a. "Papa"; and, Aldo Villaneuva, a.k.a. "Chiva"**; shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057
1100 Commerce, Third Floor
Dallas, TX 75242
John.Kull@usdoj.gov
Telephone:   214.659.8600